UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------X

BARRY MAKO,                                                         CIVIL ACTION

    Plaintiff                                                            NO.

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

---------------------------------------------------------X

## COMPLAINT

## NATURE OF ACTION

1. The plaintiff brings this action against the defendant for injuries suffered by him while in the employ of the defendant Railroad.

## JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to the Federal Employers' Liability Act, 45 U.S.C. § 51 *et seq*. Venue properly lies in this Court pursuant to 45 U.S.C. § 56.

## PARTIES

3. The plaintiff is domiciled in Poughkeepsie, New York.

4. The defendant, Metro-North Railroad Company, is a railroad corporation duly established by law, and having a usual place of business in New York, New York.

## FACTS

5. During all times herein mentioned, the defendant was a common carrier engaged in the business of interstate commerce, and as such, operated a railroad in such business between New York, New York, and New Haven, Connecticut.

6. At the time the plaintiff received the injuries complained of, he was employed by the defendant Railroad as a Lineman at or about New Haven, Connecticut.

7. At the time the plaintiff received the injuries complained of, the defendant Railroad was engaged in interstate commerce and the plaintiff was employed in furtherance of said commerce.

8. On or about November 10, 2021, the plaintiff was engaged in his duties as a Lineman at or about New Haven, Connecticut, which yard, work areas, ballast, trucks, transformers, bars, pipes, winches and all other equipment, tools, materials, and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant corporation.

9. At the time the plaintiff received the injuries complained of he was strapping down a transformer to a boom truck with a steel bar/pipe/tool and winch and injured his right knee.

10. At the time the plaintiff received the injuries complained of the defendant Railroad was responsible for providing the plaintiff with a reasonably safe place to work.

11. The defendant Railroad, its agents, servants, and employees were negligent in one or more of the following ways:

(a) it failed to provide a reasonably safe place to work; and/or

(b) it failed to properly train, instruct and/or supervise the plaintiff; and/or

(c) it failed to supply proper or adequate tools, machinery, and/or equipment.

12. As a result of the negligence of the defendant Railroad, its agents, servants, or employees, the plaintiff injured his right knee.

13. As a result of the said injuries, the plaintiff has suffered and will suffer lost wages and benefits, incurred medical expenses, suffered physical pain and mental anguish and will continue to do so in the future, and has an impairment to his future earning capacity and/or impaired economic horizons.

WHEREFORE, in order to fairly and justly compensate the negligently injured plaintiff and thereby promote safe operating conditions on the defendant Railroad, the plaintiff demands a judgment for monetary damages against the defendant Railroad in addition to any further relief the Court deems just and equitable.

PLAINTIFF DEMANDS TRIAL BY JURY.

By his attorneys,

By _____
Scott E. Perry (ct17326)
CAHILL & PERRY, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
Telephone: (203) 777-1000
Fax: (203) 865-5904
scott@trainlaw.com